United States Bankruptcy Court for the:

_____ District of _____
                                    (State)

Case number (If known): _____  Chapter _____

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   City of Fairfield, Alabama

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   63-6001253

4. **Debtor's address**

   **Principal place of business**

   4701 Gary Avenue
   Number      Street

   Fairfield              AL        35064
   City                   State     ZIP Code

   Jefferson
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                   State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                   State     ZIP Code

5. **Debtor's website** (URL)

   www.fairfieldal.org

Debtor    City of Fairfield, Alabama                                    Case number (if known)_____
          Name

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify: __Municipality_____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 9
   ☐ Chapter 11. *Check all that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  City of Fairfield, Alabama  Case number (if known) _____
         ───────────────────────
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
                               MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                   MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____
    City                                   State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

| 13. Debtor's estimation of available funds | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☒ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2020
             MM / DD / YYYY

X *Mary Roberson*                                    Mary Roberson
Signature of authorized representative of debtor      Printed name

Title  City Manager

Debtor  City of Fairfield, Alabama                Case number *(if known)*
        Name

18. **Signature of attorney**   ✗ _/s/ R. Scott Williams_           Date  05/19/2020
                                   Signature of attorney for debtor        MM / DD / YYYY

R. Scott Williams
Printed name

Rumberger, Kirk & Caldwell
Firm name

2001 Park Place North, Suite 1300
Number    Street

Birmingham                                          AL           35203
City                                                State        ZIP Code

205-327-5550                                        swilliams@rumberger.com
Contact phone                                       Email address

ASB-3234-m63r                                       AL
Bar number                                          State

# RESOLUTION 2020-04

**WHEREAS**, the City of Fairfield (the "City") is a municipality located in Jefferson County, Alabama;

**WHEREAS**, the City owes substantial funds to various parties, including obligations on two outstanding bond obligations;

**WHEREAS**, the City has faced a substantial decline in revenues in recent years due to economic forces beyond its control;

**WHEREAS**, the City has substantial operating losses and has not been able to meet its ongoing financial obligations;

**WHEREAS**, the City is a municipality, as such term is defined under title 11 of the United States Code, 11 U.S.C. § 101 et. seq. (the "Bankruptcy Code");

**WHEREAS**, pursuant to Alabama Code § 11-81-3, the City is specifically authorized to be a debtor under Chapter 9 of the Bankruptcy Code;

**WHEREAS**, the City generally is not paying its debts as they become due, is unable to pay its debts as they become due, and is insolvent;

**WHEREAS**, the City desires to effect of a plan of adjustment of debts to adjust the terms and conditions of its debts and obligations;

**WHEREAS**, after numerous years of diligent efforts toward regaining financial stability, the City has exhausted its options, and additional delays in resolving its financial crisis will further harm the City's prospects for recovery and future economic development;

**NOW, THEREFORE, BE IT RESOLVED**, that the City hereby Finds, Determines and Concludes that it is in the best interest of the City to authorize the filing of a petition for relief under Chapter 9 of the Bankruptcy Code on behalf of and in the name of the City;

**BE IT FURTHER RESOLVED** by the City that the Mayor and/or City Manager is hereby authorized and directed to execute a petition for relief under Chapter 9 of the Bankruptcy Code on behalf of and in the name of the City and is further authorized to execute, upon the advice of counsel, such other motions, applications, certifications, forms, schedules and documents as are or may become necessary to commence and prosecute a case and to complete and fully discharge the rights and duties of the City under Chapter 9 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** by the City that counsel for the City may file the Chapter 9 petition with the United States Bankruptcy Court for the Northern District of Alabama upon execution of such petition;

BE IT FURTHER RESOLVED by the City shall be authorized to honor all pre-petition accrued obligations to current City employees for wages and salaries, including earned vacation, severance and sick leave pay and contributions to employee benefit plans;

BE IT FURTHER RESOLVED by the City that it shall be authorized pursuant to Section 904 of the Bankruptcy Code, to honor pre-petition and post-petition continuing obligations to trade vendors that have provided and continue to provide goods and services to the City in the ordinary course of business and according to the credit terms agreed to by such vendors and the City; and

BE IT FURTHER RESOLVED by the City that the Mayor and/or City Manager is hereby authorized to retain the law firm of Rumberger, Kirk & Caldwell upon such terms as are negotiated and such other professionals as may be necessary to assist in the bankruptcy and other bankruptcy service providers.

*Eddie J. Penny*
Eddie J. Penny, Mayor

ATTEST:

*Mary Roberson*
Mary Roberson, City Manager/City Clerk

13519239.v1