Debtor name __City of Fairfield, Alabama_____

United States Bankruptcy Court for the: __Northern District of Alabama__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Bank<br>214 North Tryon Street<br>Charlotte, NC, 28202 | | | | | | 18,000,000.00 |
| 2 | Fairfield Board of Education<br>6405 Avenue D<br>Fairfield, AL, 35064 | | | | | | 2,020,440.42 |
| 3 | Jefferson County Finance<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL, 35203 | | | | | | 1,709,514.13 |
| 4 | Alabama Power<br>P.O. Box 105090<br>Atlanta, GA, 30348 | | | | | | 994,091.37 |
| 5 | AMBAC<br>One State Street Plaza<br>New York, NJ, 10004 | | | | | | 900,000.00 |
| 6 | Finance Department - Computer<br>P.O. Box 302602<br>Montgomery, AL, 36130 | | | | | | 590,352.07 |
| 7 | Birmingham Water Works<br>P.O. Box 830269<br>Birmingham, AL, 35283 | | | | | | 550,924.71 |
| 8 | Regions Bank - Mail Code ALBA70206<br>201 Milan Parkway<br>Birmingham, AL, 35211 | | | | | | 417,752.93 |

| | Debtor | City of Fairfield, Alabama | | Case number (*if known*) | | |
|---|---|---|---|---|---|---|

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Jefferson County Sheriff<br>2200 Rev. Abraham Woods<br>Birmingham, AL, 35203 | | | | | | 349,576.90 |
| 10 | RSA (retirement)<br>P.O. Box 302150<br>Montgomery, AL, 36130 | | | | | | 305,000.00 |
| 11 | Jefferson County Departme<br>1400 Sixth Avenue South<br>Birmingham, AL, 35203 | | | | | | 189,779.38 |
| 12 | Spain & Gillon<br>2117 2nd Avenue North<br>Birmingham, AL, 35203 | | | | | | 177,000.00 |
| 13 | Wal-Mart Stores, Inc.<br>N2400 Veterans Memorial Pkwy<br>Kenner, LA, 70062 | | | | | | 173,226.89 |
| 14 | Earl Crenshaw<br>P.O. Box 361365<br>Birmingham, AL, 35236 | | | | | | 158,258.15 |
| 15 | Jefferson County Commission<br>820 Courthouse<br>Birmingham, AL, 35203 | | | | | | 143,560.99 |
| 16 | First Insurance Funding C<br>450 Skokie Blvd<br>Northbrook, IL, 60062 | | | | | | 117,471.32 |
| 17 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL, 60197 | | | | | | 113,681.61 |
| 18 | Jefferson County District<br>1801 3rd Avenue North<br>Birmingham, AL, 35020 | | | | | | 95,770.69 |
| 19 | AT&T (e911)<br>P.O. Box 105262<br>Atlanta, GA, 30348 | | | | | | 77,880.97 |
| 20 | Alabama Municipal Insurance<br>110 North Ripley Street<br>Montgomery, AL, 36104 | | | | | | 72,604.19 |