# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

City of Fairfield, Alabama }     **Case No: 20-01800-TOM9**
}
DEBTOR(S). }
}
}

## ORDER AND NOTICE OF HEARING

This matter came before the Court on Wednesday, September 02, 2020 09:00 AM, for a hearing on the following:

1) RE: Doc #102; Status Conference on Debtor's Motion to Enforce the Automatic Stay
2) RE: Doc #110; Status Conference on Response of J.T. Smallwood, Tax Collector, to Debtor's Motion to Enforce Automatic Stay
3) RE: Doc #112; Status Conference on Response of U.S. Bank National Association, Solely in its Capacity as Indenture Trustee, in Opposition to Debtor's Motion to Enforce Automatic Stay
4) RE: Doc #114; Status Conference on Objection of Ambac Assurance Corporation to Debtor's Motion to Enforce Automatic Stay
5) RE: Doc #117; Status Conference on Debtor's Objection to Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief filed by Westchester Fire Insurance Company
6) RE: Doc #120; Status Conference on Joinder of Westchester Fire Insurance Company in Response of J.T. Smallwood, Tax Collector, to Debtor's Motion to Enforce Automatic Stay

Proper notice of the hearing was given and appearances were made by the following:

Scott Williams, attorney for City of Fairfield
Patrice Blankenship, attorney for City of Fairfield
Sara Ford and Nathan Coco, attorneys for Ambac Assurance
Wayne Morse, attorney for J.T. Smallwood, Tax Collector
Jayna Lamar, attorney for Regions Bank
James Bailey, attorney for Employees Retirement System of Alabama
Derek Meek and Marc Solomon, attorneys for U.S. Bank
Ellis Brazeal and Scott C. Williams, attorneys for Westchester Fire Insurance

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on agreement of the parties, counsel and the following parties: City of Fairfield, Alabama, Ambac Assurance, J.T. Smallwood, Tax Collector, U.S. Bank, and Westchester Fire Insurance, shall participate in a settlement conference remotely before Lawrence B. Voit regarding all issues and disputes between the parties including actions pending in other courts. Each of the parties is authorized to take all steps necessary or appropriate to participate in the settlement conference; and it is further

ORDERED, ADJUDGED and DECREED that all counsel shall attend and participate in

good faith and each shall have a representative available with full authority to settle all issues and disputes between the parties; and it is further

ORDERED, ADJUDGED and DECREED that the settlement conference shall commence at 9:00 a.m. (Central Time) on September 11, 2020. Counsel shall contact Lawrence B. Voit in advance of the settlement conference for information about how it will be conducted remotely. Further, participants are expected to connect from a quiet location to avoid any disruptions.

ORDERED, ADJUDGED and DECREED that each party shall deliver to Lawrence B. Voit by no later than 12:00 pm (Central Time) on September 8, 2020 a confidential position statement. Any and all documents that the party wishes Lawrence B. Voit to consider must be delivered by September 4, 2020.

ORDERED, ADJUDGED and DECREED that a Status Conference will be held on Thursday, September 17, 2020 at 9:30 am, Courtroom 3, for the parties to report on the outcome of the settlement conference.

The Status Conference on September 17, 2020 will take place by telephone only. Please see the Court's website for additional information (www.alnb.uscourts.gov).

Dated: 09/03/2020

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge