# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 9/3/2020
Case: 20–01800–TOM9     Form ID: pdf000     Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Brent G Grainger | graingerb@jccal.org |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Edward Q Ragland | ed.ragland@usdoj.gov |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Alton Stewart | jstewart@gattorney.com |
| aty | James Blake Bailey | jbailey@bradley.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jayna Partain Lamar | jlamar@maynardcooper.com |
| aty | Jeremy L Retherford | jretherford@balch.com |
| aty | Lindan J. Hill | lhill@gattorney.com |
| aty | Marc P Solomon | msolomon@burr.com |
| aty | Patrice Blankenship | trice3@bellsouth.net |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Sara Anne Ford | SFORD@LFWLAW.com |
| aty | Scott Christopher Williams | swilliams@manierherod.com |
| aty | Walter F McArdle | wmcardle@spain–gillon.com |
| aty | Wayne Morse, Jr. | morse@wskllc.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | City of Fairfield, Alabama | 4701 Gary Avenue     Fairfield, AL 35064 |
| cr | U.S. Bank National Association, solely in its capacity as indenture trustee     c/o Burr & Forman LLP     420 N 20th Street, Ste 3400     Birmingham, AL 35203 | |
| cr | ALABAMA POWER COMPANY     1800 Sixth Avenue South     Birmingham | |
| cr | PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541 | |
| cr | Ambac Assurance Corp.     c/o Sara Ford     400 20th Street North     Birmingham, AL 35203 UNITED STATES | |
| intp | Westchester Fire Insurance Co.     c/o C. Ellis Brazeal III     Jones Walker LLP     420 20th St. North     Suite 1100     Birmingham, AL 35203 | |
| ba | J. Thomas Corbett     Bankruptcy Administrator     1800 5th Avenue North     Birmingham, AL 35203 | |
| cr | Spain & Gillon, LLC     505 20th Street North     Suite 1200     Birmingham, AL 35203 | |
| cr | REGIONS BANK     417 20TH STREET NORTH     BIRMINGHAM, AL 35203 | |
| cr | First Insurance Funding     C/O Parnell & Parnell     P.O. Box 2189     Montgomery, AL 36102 | |
| intp | J.T. Smallwood     Jefferson County Tax Collector     716 Richard Arrington Jr Blvd N     Room 160     Birmingham, AL 35203 | |
| cr | The Employee's Retirement System of Alabama     Bradley Arant Boult Cummings     c/o James Bailey     One Federal Place     1819 5th Avenue North     Birmingham, AL 35203 | |
| cr | Internal Revenue Service     c/o United States Attorney     1801 Fourth Avenue North     Birmingham, AL 35203 | |
| cr | Jefferson County, Alabama     Room 280 Courthouse     716 North Richard Arrington Jr.     Birmingham, AL 35203 | |
| aty | Megan Preusker     McDermott Will & Emegy LLP     444 West Lake Street Suite 4000     Chicago, IL 60606 | |
| aty | Nathan F. Coco     McDermott Will & Emery LLP     Two Allen Center     1200 Smith Street     Houston, TX 77002 | |
| aty | Robert W. Miller     Manier & Herod, P.C.     1201 Demonbreun Street, Suite 900     Nashville, TN 37203 | |
| aty | Scott C. Williams     Manier & Hood     1201 Demonbreun Street, Suite 900     Nashville, TN 37203 | |

TOTAL: 18