IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 20-01800-9 |
| **CITY OF FAIRFIELD, ALABAMA,** ) | |
| ) | Chapter 9 Proceeding |
| Debtor. ) | |
| ) | |

**CITY OF FAIRFIELD'S OBJECTION TO
WESTCHESTER FIRE INSURANCE COMPANY'S RENEWED MOTION FOR ENTRY
OF AN ORDER (I) EXTENDING THE TIME TO FILE NOTICES OF REMOVAL OF
CIVIL ACTIONS AND (II) GRANTING RELATED RELIEF**

COMES NOW, the City of Fairfield, Alabama ("Fairfield" or the "Debtor") the debtor in the above-styled case and hereby files this objection (the "Objection") to Westchester Fire Insurance Company's Renewed Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief [Dkt. No. 142] (the "Renewed Motion") and requests the Court deny the Renewed Motion. In support of its Objection, Fairfield states as follows:

**BACKGROUND**

1. On May 19, 2020 (the "Filing Date"), Fairfield filed a voluntary petition for relief under Chapter 9 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. The Debtor is operating and managing its affairs as debtor-in-possession pursuant to Chapter 9 of the Bankruptcy Code. No trustee, committee, or examiner has been appointed in the Debtor's case.

3. On July 10th, this Court entered an Order for Relief [Dkt. No. 80] in favor of the City.

## ARGUMENT

4. The initial motion addressing this issue was filed on August 14, 2020 and was subsequently withdrawn.

5. The Renewed Motion simply seeks to delay and extend deadlines.

6. Bankruptcy Rule 9006(b) does allow for an extension of the removal period, but only **for cause**.

7. In this instance, Westchester Fire Insurance Company ("Westchester") cannot articulate any valid cause other than invoking delay to this proceeding, which is clearly not necessary. In fact, the record reflects that Westchester, by and through counsel, has been active in this case since May 20, 2020.

8. Admittedly, issues involving the City's taxes are in dispute. This Court has most of these issues currently before it. Westchester has had ample opportunity to have issues regarding its interest brought before this Court.

9. As previously noted, counsel for Westchester is experienced and sophisticated. The City asserts these attorneys are able to evaluate this litigation and take necessary steps to protect the client's interests.

10. Notably, the state court litigation is stayed. The City respectfully suggests that there is no merit in extending the period to remove and asserts the Renewed Motion is due to be denied.

WHEREFORE, premises considered, the Debtor respectfully requests the Court deny this Renewed Motion and grant such further and additional relief as it may deem appropriate.

Respectfully submitted this the 26th day of October, 2020.

/s/ R. Scott Williams
R. Scott Williams (ASB-3234-M63R)
swilliams@rumberger.com
Frederick D. Clarke III (ASB-0368-F20M)
fclarke@rumberger.com
Attorneys for Debtor City of Fairfield, Alabama
RUMBERGER, KIRK, & CALDWELL, P.C.
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Tel:   205.327.5550
Fax:  205.326.6786

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203
Telephone:     (205) 327-5550
Facsimile:      (205) 326-6786
Email: swilliams@rumberger.com
           fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically served this the 26th day of October, 2020, in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

/s/  R. Scott Williams
R. Scott Williams

14217935.v1